UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )      CRIMINAL NO.  05-10105-PBS
        v.                      )
                                )
                                )
FRANKLIN C. AZUBIKE             )
    a.k.a. "Al Hajji"           )

GOVERNMENT'S REQUEST TO CONTINUANCE HEARING ANF TRIAL

Now comes the United States and moves this Court to continue the Trial in the above referenced case, currently scheduled for hearing on February 25, 2008.  As reasons therefore, the government states that its chief witness, Special Agent Christopher Diorio, of the Bureau of Immigration and Customs Enforcement is unavailable.  Special Agent Diorio is scheduled to commence training, out of state, on February 19, 2008 and will be unavailable until February 29, 2008.  The government requests that this matter be rescheduled one week until March 3, 2008.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                    By:   /s/ Kenneth G. Shine
                          KENNETH G. SHINE
                          Assistant U.S. Attorney
                          (617) 748-3686

February 13, 2008

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon counsel of
record a copy of the foregoing document by electronic filing
notice.

<u>/s/ Kenneth G. Shine</u>
KENNETH G. SHINE
Assistant U.S. Attorney