UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 05-10105 |
| | ) | |
| FRANKLIN AZUBIKE | ) | |

## WITNESS LIST

Now Comes defendant, Franklin Azubike, who hereby gives notice of his intent to call the following witnesses at trial:

1. Nathan Momah
   16 Spingfield Avenue
   Greenlawn, NY

2. Isaac Emefo
   1029 Kingsdown Court
   Riverdale, GA 30296

3. Edwin Eminike
   701 West Longspur Blvd, apt 1076
   Austin, TX

4. Austin (Augustine) Uzodike
   353 Third Ave
   Newark NJ

5. Michael Anazodo
   31 Lexington Avenue
   Bloomfield, NJ

6. Michael Arizechi
   8 Wilson Blvd
   Jackson, NJ

7. Chiedoze Azubike
   2735 Barrows Road
   Columbus, Ohio

8. Oscar Okoli
   1808 21st Ave
   Astoria, NY

9. Vincent Okeke
   746 East 211th Street
   Bronx, NY

10. Teresa Anazodo
    31 Lexington Avenue
    Bloomfield, NJ

11. Obioma Uzodike
    353 Third Ave
    Newark NJ

12. Ndidi Arizechi
    8 Wilson Blvd
    Jackson, NJ

13. Ife Yinwa Momah
    16 Springfield Avenue
    Greenlawn, NY

14. Benjamin Ossy Okeke
    142-34 249th Street
    Rosedale Street

15. Chioma Okeke
    142-34 249th Street
    Rosedale Street

16. Jessica Ezeobi
    Lawrenceville GA

17. Christian a/k/a Chike Momar
    Dallas, TX

18. Ethel Momah
    Dallas, TX

19. Uche Okeke
    746 East 211th Street
    Bronx, NY

20. Uju Okoli
    Oscar Okoli
    1808 21st Ave
    Astoria, NY

Defendant reserves the right to amend or change this list depending upon the evidence presented by the government during its case-in-chief.

Submitted By
Franklin's Attorney

/S/James Budreau
James Budreau, Bar# 559931
20 Park Plaza Suite 905
Boston, MA 02116
(617)227-3700

I hereby certify that I served a copy of this motion and exhibits through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 20th day of February 2008.

/s/ James Budreau
JAMES BUDREAU BBO# 553391
20 Park Plaza, Suite 905
Boston, MA 02116

Case 1:05-cr-10105-RWZ    Document 108    Filed 02/20/2008    Page 4 of 4