```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 05-10105-PBS |
| v. | ) |
| | ) |
| FRANKLIN C. AZUBIKE, | ) |
|   a/k/a "Al Hajji" | ) |
| | ) |
|       Defendant. | ) |

### GOVERNMENT'S TRIAL WITNESS LIST

The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief and reserves the right to supplement said list on or before the day of trial:

1. Special Agent Christopher Diorio
   U.S. Dept. of Homeland Security
   Bureau of Immigration, Customs
     & Enforcement
   Drug Smuggling Group
   10 Causeway Street
   Boston, MA 02222

2. Lieutenant Thomas Coffey
   Massachusetts State Police
   Logan International Airport
   400 Terminal D
   East Boston, MA  02128

3. Officer Peter McCarron
   MBTA Police
   240 Southampton Street
   Boston, MA 02118

4. Sergeant Steven Hines
   Massachusetts State Police
   Logan International Airport
   400 Terminal D
   East Boston, MA  02128

5. Sergeant James Hanlon
   Massachusetts State Police
   H Troop Headquarters
   175 William Day Blvd.
   South Boston, MA 02125

6. Special Agent Stephen M. Lee
   U.S. Dept. of Homeland Security
   Bureau of Immigration, Customs
      & Enforcement
   601 West 26th Street
   New York, NY 10001

7. Christine M. Chiesa
   Senior Forensic Chemist
   Drug Enforcement Administration
   Northeast Regional Laboratory
   99 Tenth Avenue
   New York, NY 10011

8. Charles L. Cusumano
   Forensic Chemist
   Drug Enforcement Administration
   Northeast Regional Laboratory
   99 Tenth Avenue
   New York, NY 10011

9. Richard Mukasa
   Malden, MA

10. Special Agent Peter Darling
    U.S. Dept. of Homeland Security
    Bureau of Immigration, Customs
       & Enforcement [Assigned to Logan Airport]
    10 Causeway Street
    Boston, MA 02222

```
11.   Bernard Navarro
      Evidence Officer
      U.S. Dept. of Homeland Security
      Bureau of Immigration, Customs
        & Enforcement
      10 Causeway Street
      Boston, MA 02222
```

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                 United States Attorney

                       By:
                            /s/Kenneth G. Shine
                            KENNETH G. SHINE
                            Assistant U.S. Attorney
Date: February 20, 2008     (617) 748-3686

## **CERTIFICATE OF SERVICE**

                                                February 20, 2008

    I, Kenneth G. Shine, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing, by electronic court filing.

                                                /s/Kenneth G. Shine
                                                KENNETH G. SHINE
                                                Assistant U.S. Attorney