```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              ) CRIMINAL NO. 05-10105-PBS
        v.                    )
                              )
FRANKLIN C. AZUBIKE,          )
  a/k/a  "Al Hajji"           )
                              )
        Defendant             )
```

**GOVERNMENT'S TRIAL EXHIBIT LIST**

The government hereby gives notice that it may introduce the following exhibits during its case-in-chief, and reserves the right to supplement said list on or before the day of trial:

**EXHIBIT ID NO.**      **DESCRIPTION**

| | |
|---|---|
| 1A | Brief Case [Seizure Date: 2/11/05] |
| 1B | Heroin [Seizure Date: 2/11/05] |
| 2A | Brief Case [Seizure Date: 3/4/05] |
| 2B | Heroin [Seizure Date: 3/4/05] |
| 3 | Brief Case ["Sham" Delivery: 2/18/05] |
| 4 | U.S. Customs Service - Custody Receipt For Seized Property & Evidence & Receipt For Other Items |
| 5 | U.S. Customs Service - Custody Receipts For Seized Property & Evidence & Receipt For Other Items |

| | |
|---|---|
| 6 | Registered Mail Receipts From U.S. Immigration Customs Enforcement Addressed to Northeast Regional Laboratory [Article No. RA 897654518US] |
| 7 | Registered Mail Receipts From U.S. Immigration Customs Enforcement Addressed to Northeast Regional Laboratory [Article No. RA 897672777US] |
| 8 | DEA Northeast Laboratory Analysis and Summary Report by Forensic Chemist Charles L. Cusumano for Lab. No. 170661, dated 3/31/05. |
| 9 | DEA Northeast Laboratory Analysis and Summary Report by Senior Forensic Chemist Christine M. Chiesa for Lab. No. 171151, dated 3/30/05. |
| 10 | Tape 1 - Consensual Recorded Telephone Calls |
| 10A | Tape 1 - Consensual Recorded Telephone Calls (Digital Compact Disk) |
| 10B | Tape 1 - **Excerpts** of Consensual Recorded Telephone Calls  (Digital Compact Disk) |
| 11 | Tape 2 - Consensual Recorded Telephone Calls |
| 11A | Tape 2 - Consensual Recorded Telephone Calls (Digital Compact Disk) |
| 11B | Tape 2 - **Excerpts** of Consensual Recorded Telephone Calls  (Digital Compact Disk) |
| 12 | Tape 3 - Consensual Recorded Telephone Calls |
| 12A | Tape 3 - Consensual Recorded Telephone Calls (Digital Compact Disk) |

| | |
|---|---|
| 12B | Tape 3 - **Excerpts** of Consensual Recorded Telephone Calls  (Digital Compact Disk) |
| 13 | Tape 4 - Consensual Recorded Telephone Calls |
| 13A | Tape 4 - Consensual Recorded Telephone Calls (Digital Compact Disk) |
| 13B | Tape 4 - **Excerpts** of Consensual Recorded Telephone Calls  (Digital Compact Disk) |
| 14 | Transcript of Tape 1 - Consensual Recorded Telephone Calls |
| 15 | Transcript of Tape 2 - Consensual Recorded Telephone Calls |
| 16 | Transcript of Tape 3 - Consensual Recorded Telephone Calls |
| 17 | Transcript of Tape 4 - Consensual Recorded Telephone Calls |
| 18 | **Excerpt** Transcript of Tape 1 - Consensual Recorded Telephone Calls |
| 19 | **Excerpt** Transcript of Tape 2 - Consensual Recorded Telephone Calls |
| 20 | **Excerpt** Transcript of Tape 3 - Consensual Recorded Telephone Calls |
| 21 | **Excerpt** Transcript of Tape 4 - Consensual Recorded Telephone Calls |
| 22 | Written Statement of Richard Mukasa, dated 2/15/05 |

| | |
|---|---|
| 23 | Fedex International Airway Bill & Detailed Results [Tracking No. 8495 6217 8690] |
| 24 | Fedex International Airway Bill & Detailed Results [Tracking No. 8495 6438 8140] |
| 25 | Massachusetts State Police Vehicle Inventory Report, dated 3/14/05 |
| 26 | The Colonnade Hotel Bill for 7/06/01 through 7/8/01 & Handwritten Notes |
| 27 | Names, Address & Telephone Numbers of various people, including Peter Ike, recovered from Defendant's Storage Unit located in New York |
| 28 | Notebook with Names & Telephone Numbers of various people, including IK Peters, recovered from Defendant's Storage Unit located in New York |
| 29 | Airline Flight Data [Arrival Location & Departure Location] regarding Peter Ike |
| 30A | Body Wire - 2/18/05 Data File [Compact Disk] |
| 30B | Body Wire - 2/18/05 Audio File [Compact Disk] |
| 31 | Video Tape - Showcase Lot 2/18/05 |

| | |
|---|---|
| 32 | Video Tape - Stop & Shop Lot 3/14/05 |
| 33 | 26 Photographs developed from the Disposal Camera recovered from Defendant's Rental Car on 3/14/06 |
| 33A | Photograph of Woman sitting alone |
| 33B | Photograph of Defendant Azubike sitting with a woman |
| 33C | Photograph of Defendant Azubike sitting with a woman |
| 33D | Photograph of Defendant Azubike sitting with a man and a woman |
| 34 | T-Mobile Toll Records for Subscriber Peter Ike |
| 35 | Sprint Toll Records for Subscriber Franklin Azubike |
| 36 | Photograph |
| 37 | Photograph |
| 38 | Photograph |
| 39 | Photograph |
| 40 | Photograph |
| 41 | Photograph |

| | |
|---|---|
| 42 | Photograph |
| 43 | Photograph |
| 44 | Proffer Agreement between Richard Mukusa and the United States Attorney's office |
| 45 | Franklin Azubike's New York Driver's License |
| 46 | Alamo Car Rental Agreement dated March 10, 2005 in the name of Michael Ifeonu |
| 47 | Alamo Car Rental Agreement dated March 4, 2005 in the name of Michael Ifeunu |
| 48 | Public Storage Rental Agreement and monthly statement in the name of Franklin Azubike dated February 13, 2005 |
| 48A | Public Storage Rental Agreement in the name of Franklin Azubike dated February 13, 2005 |
| 49 | Verizon phone bill in the name of Richard Mukusa for account No. 781-322-4609-626 dated February 22, 2005 |
| 50 | T-Mobile telephone records for Roy Oki, number 404-348-3028 dated October 7, 2005, and covering the period of February 1, 2005 through March 31, 2005 |
| 51 | Sprint phone bill of Franklin Azubike dated December 23, 2004 |
| 52 | Numerical computations |
| 53 | Business card of Jeffrey A. Rabin, Esquire with writing on back and telephone numbers of "IK Peters" |
| 54 | date book, "2000" seized from the storage locker in New York assigned to Franklin Azubike. Thursday January 20, 2000, entry of the name "Augusta Ike" and telephone number 718-7144755 home |

```
                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                              By:
                                   /s/Kenneth G. Shine
                                   KENNETH G. SHINE
Date: February 20, 2008            Assistant U.S. Attorney
```

## CERTIFICATE OF SERVICE

Suffolk, ss.                              Boston, Massachusetts
                                          February 20, 2008

    I, Kenneth G. Shine, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing, by electronic court filing and by hand, upon James H. Budreau, Esq., 20 Park Plaza, Suite 905, Boston, MA 02116.

```
                                   /s/Kenneth G. Shine
                                   KENNETH G. SHINE
                                   Assistant U.S. Attorney
```